# Exhibit "A"

DOCUMENT 2



ELECTRONICALLY FILED
3/27/2017 4:48 PM
02-CV-2017-900812.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## CIVIL DIVISION

| | |
|---|---|
| HENRY LEE MOODY, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHYSICIANS MUTUAL )<br>INSURANCE COMPANY, and )<br>Fictitious parties, A, B and C, and/or )<br>those person(s), corporation(s), firm(s))<br>or other entities relevant to this action,)<br>all of who's true and correct names )<br>are unknown to Plaintiff at this time, )<br>but will be substituted by amendment )<br>when ascertained, separately and )<br>severally, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:_____ |

### **COMPLAINT**

**COMES NOW**, the Plaintiff, HENRY LEE MOODY, JR., by and through his undersigned counsel, and files this Complaint against Defendant, PHYSICIANS MUTUAL INSURANCE COMPANY (hereinafter referred to "Physicians Mutual") and for its complaint herein states as follows:

## COUNT I
## BREACH OF CONTRACT

1. The Plaintiff is or was at the time of said action a resident of the State of Alabama in Mobile County. The Defendant Physicians Mutual is a corporation with its primary place of business in Omaha, Nebraska.

2. On or about the 10th day of April, 2011, the deceased, Yolanda L. Moody and Physicians Mutual entered into a Life Insurance agreement with Plaintiff, HENRY LEE MOODY, JR., as beneficiary.

3. On or about the 21st day of April, 2011, the Defendant issued a policy for the insured, Yolanda L. Moody, with HENRY LEE MOODY, JR., being the beneficiary.

4. On or about the 4th day of March, 2012, the insured, Yolanda L. Moody, succumbed to Respiratory Failure due to ALS. A copy of the Death Certificate is attached hereto as Exhibit A.

5. Defendant Physicians Mutual breached said agreement by not honoring said policy upon the insured's demise per the agreement.

WHEREFORE, Plaintiff requests entry of judgment in his favor and against the Defendant for compensatory and punitive damages in an amount in excess of $150,000.00, plus attorney fees and costs of this action.

## COUNT II
## FRAUD

6. Plaintiff adopts and incorporates by reference paragraphs 1 through 5 as if fully set out herein.

7. This action is brought pursuant to the Code of Alabama, 1975, §6-5-100 and §6-5-101.

8. On or about the 21st day of April, 2011, Plaintiff and Defendant executed the written contract.

9. At that time Defendant represented to Plaintiff under the terms of the contract that $10,000.00 of Life Insurance coverage was in effect.

10. Said representations were false and Defendant knew they were false.

11. Plaintiff believed that said representations and relied on them and acted upon them by continuously making required premiums on policy.

12. As a proximate result of said fraud, the Plaintiff was caused to suffer the following injuries and damages: mental distress and anguish, lost wages and pain and suffering.

13. Plaintiff claims punitive damages of the Defendant because of the intentional or gross and reckless nature of the fraud.

WHEREFORE, Plaintiff requests entry of judgment in his favor and against the Defendant for compensatory and punitive damages in an amount of $150,000.00, plus attorney fees and costs of this action.

### PLAINTIFF DEMANDS TRIAL BY JURY

/s *WILLIE J. HUNTLEY, JR.*
Willie J. Huntley, Jr. (HUN009)
Attorney for Plaintiff
The Huntley Firm, P.C.
Post Office Box 370
Mobile, Alabama 36601
huntfirm@bellsouth.net
251-434-0007
251-434-0086 – facsimile

SERVE DEFENDANT AT:

Physicians Mutual Insurance Company
2600 Dodge Street
Omaha, NE 68131-2671