IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HENRY LEE MOODY, JR.,** )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.   )<br>  )<br>**PHYSICIANS MUTUAL INSURANCE** )<br>**COMPANY and PHYSICIANS LIFE** )<br>**INSURANCE COMPANY,** )<br>  )<br>    Defendants.  ) | Civil Action No. 17-00168-KD-B |

## JUDGMENT

In accordance with the Order entered this date granting Defendants Physicians Mutual Insurance Company and Physicians Life Insurance Company's second motion for summary judgment and the Order granting Defendants' first motion for summary judgment (doc. 45), it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims against the Defendants are dismissed with prejudice.

The Clerk is directed to mail a copy of this Judgment to Plaintiff.

DONE and ORDERED this the 13th day of July 2018.

                             s/Kristi K. DuBose
                             KRISTI K. DuBOSE
                             CHIEF UNITED STATES DISTRICT JUDGE